UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :           2:14cr673 (JLL)

                                  :

v.                                

                                  :           ORDER

CARNIE MONTS                      :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __3__ day of __December__, 2014,

ORDERED that _____JOHN YOUCH, ESQ_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                       _____
                                       Steven C. Mannion
                                       United States Magistrate Judge